UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:23CR29-PPS/JPK |
| ) | |
| OLIVER R. COVERSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Oliver Coverson's agreement to enter a plea of guilty to Counts 1 and 2 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 143.] Following a hearing on the record on December 11, 2023 [DE 148], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Oliver R. Coverson's plea of guilty, to which both parties have

waived any objection, the Court hereby ADOPTS the findings and recommendation [DE 148] in their entirety.

Defendant Oliver R. Coverson is adjudged GUILTY of Count 1 of the indictment, a charge of conspiracy to commit bank fraud, in violation of 18 U.S.C. §1349, and Count 2, a charge of aggravated identity theft, in violation of 18 U.S.C. §1028A.

The sentencing hearing is set for March 28, 2024 at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED:  January 2, 2024.

                                              /s/ Philip P. Simon
                                              UNITED STATES DISTRICT JUDGE